UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-22091-CIV-KMM/AMS

NEW YORK MARINE & GENERAL
INSURANCE COMPANY,

      Plaintiff,

v.

MULTICARGA INT'L., CORP.,

      Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN AID TO EXECUTION

Presently pending before the Court is Plaintiff's Motion to Compel Production of Documents in Aid to Execution (DE # 57). The motion is referred to the undersigned Magistrate Judge (DE # 59). Counsel for the Defendant has indicated that he does not intend to file an opposition to the Motion.

In the Motion, Plaintiff seeks to compel the Defendant to produce the documents that were identified in Plaintiff's Notice of Taking Deposition in Aid to Execution that set a deposition for June 26, 2009. According to the Motion, due to a scheduling conflict, the Parties agreed to reschedule the deposition and the Defendant agreed to produce the documents requested in the Notice of Deposition prior the deposition proceeding. The Plaintiff asserts that on August 17, 2009, counsel for the Defendant indicated that his client would provide counsel with the documents by the following Wednesday and states that no documents have yet been produced to Plaintiff. Accordingly, following a careful review of the record as a whole and because the Defendant has not filed an opposition to the Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel Production of Documents in Aid to Execution (DE # 57) is **GRANTED**. Defendant Multicarga, International Corporation is ordered to produce the documents requested in Plaintiff's Notice of Taking Deposition in Aid to Execution on or before Tuesday, October 13, 2009.

**DONE AND ORDERED** in chambers in Miami, Florida on September 28, 2009.

_____
    ANDREA M. SIMONTON
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable K. Michael Moore,
    United States District Judge
All counsel of record